IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Derek Mortland, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:19-cv-1123 |
| | ) |
| v. | ) Judge Marbley |
| | ) |
| Local Cantina Dublin, LLC, et al., | ) Magistrate Judge Vascura |
| | ) |
| Defendants. | ) |
| | ) |

## AGREED ORDER OF DISMISSAL

Pursuant to Fed. R. 41(a)(2), upon the request of Plaintiff Derek Mortland, all claims pending in this action against Defendant Local Cantina Dublin, LLC are hereby dismissed with prejudice. The parties are to bear their own attorneys' fees and costs.

12 - 17 - 2021
Date

Judge Algenon L. Marbley

Agreed by:

/s/ Colin G. Meeker
Colin G. Meeker (0092980)
BLAKEMORE, MEEKER & BOWLER CO., LPA
495 Portage Lakes Drive
Akron, Ohio 44319
PH: (330) 253-3337
Fax: (330) 253-4131
cgm@bmblaw.com

*Attorney for Plaintiff Derek Mortland*

/s/ Brian J. Seitz
Brian J. Seitz
The Seitz Law Firm, LLC
P.O. Box 470138
Cleveland, OH 44147
PH: (216) 310-2707
Fax: (440) 546-7286
seitz@seitzlawfirm.com

*Attorney for Defendant Local Cantina*

*Via email December 16, 2021*